UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 12 2004

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| BRADLEY BAYMILLER, et al., | No. 02-56010 |
| Plaintiffs - Appellants, | ≤A |
| | D.C. No. CV-99-01566-DOC |
| v. | Central District of California, Santa Ana |
| GUARANTEE MUTUAL LIFE COMPANY, et al., | ORDER |
| Defendants - Appellees. | |



Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorney's fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 12 2004

by: Deputy Clerk

Claudia L. Bernard
Circuit Mediator



DOCKETED ON CM

FEB 19 2004

BY _____ 031

50